# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BRYAN ALBRIGHT, JAMIE WEITT, DONALD BARSHINGER, MINDY BARSHINGER, BRIAN BROMMER, KELLY BROMMER, ELLIE BROMMER, CAMRYN BROMMER, MAX BROMMER, TYLER BROMMER, GENE CLARK, LINDA CLARK, WILLIAM KOPF,JR. BRIAN MESHEY, LISA MESHEY, ZACHARY MESHEY, DEYCON MESHEY, DENNIS GINGRICH, KAY GINGRICH CLAY GINGRICH, ROBERTA HILTON, DIJOHN CHRISTIAN, CANDI ISETT, KYLE ISETT, ASHLYNN ISETT DEBRA SCHEID, JAMES SCHEID, RYAN FOGLE, TABITHA ISETT DEMBROWSKI, STEPHEN DEMBROWSKI, TIM LANDIS ADRIENNE LANDIS, ANNA OLIVERA, JACOB GRAHAM, JAE IRIZARRY, DANIEAL IRIZARRY, EDWIN OLIVERA EDWIN OLIVERA, JR., GLORIA OLIVERA, DENISE OLIVERA, MADELINE OLIVERA, MIGUEL MARQUEZ, JR. NEVAYA MARQUEZ, LOUIS MALACHI GASTON, JEREMIAH OLIVERA, ELI OLIVERA, STEVE SELLERS, CARRIE SELLERS LORI SELLERS, SAMANTHA SELLERS, ALEXUS SELLERS, DARRION BROOKS HESS NATHAN STORM FELTZ AND NOLA MAEVE STORM FELTZ, | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | No. 666 MAL 2019<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioners | : : : | |
| v. | : : : : | |
| ARMSTRONG WORLD INDUSTRIES, INC., JOYN NEID, JAMES BAKER, FRANK GOHL, PATRICK NOLAN, BARNES & THORNBURG, LLP AND BARLEY SNYDER, LLP., | : : : : : : : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.